**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

GREG DUNIGAN,

      Plaintiff,

      v.

RICHARD WATSON, *et. al*,

      Defendants.

Case No. 3:15-cv-01371-JPG-DGW

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 37) of Magistrate Judge Donald G. Wilkerson with regard to the defendants' motion to dismiss for lack of prosecution (Doc. 24). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 37);

- **GRANTS** the defendants' motion to dismiss for lack of prosecution (Doc. 24);

- **DISMISSES** this case with prejudice; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: JANUARY 5, 2018**

                **s/ *J. Phil Gilbert***
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**