# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREG DUNIGAN,

    Plaintiff,

v.

RICHARD WATSON, *et. al*,

    Defendants.

Case No. 3:15-cv-01371-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: January 5, 2018

                                **JUSTINE FLANAGAN,**
                                **Acting Clerk of Court**

                                **BY:**   *s/Tina Gray*
                                             **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**